IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE GRIFFITH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ADVENTIST HEALTH, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 03-6459 OWW (NEW DJ LJO) LJO<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

　　　No meaningful activity has occurred in this action since 2005.  On the basis of good cause, this Court ORDERS the parties, no later than February 23, 2007, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for failure to prosecute this action.

　　　IT IS SO ORDERED.

**Dated:**　February 8, 2007　　　　　　　　　／s/ Lawrence J. O'Neill
66h44d　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1