# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE GRIFFITH, | CASE NO. CV F 03-6459 LJO |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS** |
| BRAVO FARMS, et al., | |
| Defendants. | |

No meaningful activity has occurred in this action since 2005. No party responded to this Court's order to show cause why sanctions, including dismissal of this action, should not be imposed for failure to prosecute this action. On the basis of good cause, this Court DISMISSES this action and DIRECTS this Court's clerk to close this action.

IT IS SO ORDERED.

**Dated:   February 27, 2007**            /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES DISTRICT JUDGE

1